# EXHIBIT "2"

**OFFICIAL NEW YORK STATE PRESCRIPTION**

**METRO PAIN SPECIALISTS**
SURESH K PAULUS, DO
LIC: 211589
NPI: 1649376740

386 JEROME AVENUE 2ND FLOOR BRONX, NY 10468 (347) 862-4200

PRACTITIONER DEA NUMBER

Patient Name ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  Date 2-25-2020
Address
City ____ State ____ Zip ____ Age ____ Sex [M] F

℞ LIDOTHOL 4.5% & 5%
#45
Ap 1 patch qd to bid aa

Preferred Language
event medication errors. Please see back of prescription.

Prescriber Signature X _____

MAXIMUM DAILY DOSE (controlled substances only)

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'daw' IN THE BOX BELOW

REFILLS ☒ None
Refills: 0

▓▓▓▓▓▓▓ 47

PHARMACIST TEST AREA:   Dispense As Written



**OFFICIAL NEW YORK STATE PRESCRIPTION**

2

**METRO PAIN SPECIALISTS**

SURESH K PAULUS, DO
LIC: 211589
NPI: 1649376740

2386 JEROME AVENUE 2ND FLOOR BRONX, NY 10468 (347) 862-4200

PRACTITIONER DEA NUMBER

Patient Name _____  Date 2-5-2020
Address _____
City _____ State _____ Zip _____ Age _____ Sex M F

℞ **LIDOTHOL 4.5% & 5%**

**#45**

**Ap 1 patch qd to bid aa**

LEP ☐ Preferred Language _____

Prevent medication errors. Please see back of prescription.

Prescriber Signature X _____

MAXIMUM DAILY DOSE
(controlled substances only)

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES daw IN THE BOX BELOW

REFILLS ☐ None
Refills: _____

68

PHARMACIST TEST AREA:

Dispense As Written

**OFFICIAL NEW YORK STATE PRESCRIPTION**

**METRO PAIN SPECIALISTS**
SURESH K PAULUS, DO
LIC: 211589
NPI: 1649376740

386 JEROME AVENUE 2ND FLOOR BRONX, NY 10468 (347) 862-4200

PRACTITIONER DEA NUMBER

Patient Name: [redacted]   Date: 2-25-202_

Address: [redacted]

City _____ State _____ Zip _____ Age _____ Sex: (M) F

Rx  Lidocaine 5% Ointment
QTY: 250 grams
Apply TWICE DAILY to the AA BID

Preferred Language: _____

event medication errors. Please see back of prescription.

MAXIMUM DAILY DOSE (controlled substances only)

Prescriber Signature: X _____

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'daw' IN THE BOX BELOW

REFILLS: ☑ None
Refills: _____

PHARMACIST TEST AREA:

Dispense As Written

53

**OFFICIAL NEW YORK STATE PRESCRIPTION**

**METRO PAIN SPECIALISTS**
SURESH K PAULUS DO
LIC: 211589
NPI: 1649376740

386 JEROME AVENUE 2ND FLOOR BRONX, NY 10468 (347) 862-4200

PRACTITIONER DEA NUMBER

Patient Name: [redacted]   Date: 4-30-2020
Address:
City           State     Zip     Age     Sex: M / F

℞

Lidocaine 5% Ointment
QTY: 250 grams
Apply TWICE DAILY to the AA BID

Preferred Language

prevent medication errors. Please see back of prescription.

Prescriber Signature X _____

MAXIMUM DAILY DOSE (controlled substances only)

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'daw' IN THE BOX BELOW

REFILLS: ☐ None
Refills: 0

PHARMACIST TEST AREA:

Dispense As Written

16



**OFFICIAL NEW YORK STATE PRESCRIPTION**

FAX (718) 762-5419

DZYURA STOLY, MD
LIC. 275764
NPI: 1104116325

CHANDRIY MARKEVYCH, PA
LIC. 015468
NPI: 1003156027

3049 OCEAN PARKWAY 2ND FLOOR BROOKLYN, NY 11235 (718) 704-9909
3960 FLATLANDS AVE. BROOKLYN, NY 11234 (718) 258-8128

PRACTITIONER DEA NUMBER

Patient Name _____ Date 3-24-20
Address
City _____ State ___ Zip ___ Age ___ Sex M F

Rx

Celebrex 200 mg
1 capsule po bid prn inf
Qt. 60

LEP  Preferred Language
Prevent medication abuse. Please see back of prescription.

Prescriber Signature X _____    MAXIMUM DAILY DOSE
(medical conditions only)

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES d.a.w IN THE BOX BELOW

REFILLS: ☐ None   ☐ Refills _____            09

PHARMACIST
TEST AREA

Dispense As Written

[redacted]

[redacted]

[redacted]

**OFFICIAL NEW YORK STATE PRESCRIPTION**

FAX [illegible]

[illegible] MD — [illegible] PA

LIC [illegible] — LIC [illegible]

NPI [illegible] — NPI [illegible]

3049 OCEAN PARKWAY 2ND FLOOR BROOKLYN, NY 11235 (718) 764-9909

3980 FLATLANDS AVE, BROOKLYN, NY 11234 (718) 258-8128

PRACTITIONER DEA NUMBER

Patient Name [redacted] Date 3/26/20

Address

City State Zip Age Sex M F

Rx

diclofenac 1.5 %

solution 150 ml

app 40 drops qid

LEP Preferred Language

Prevent medication errors! Please see back of prescription.

Prescriber Signature X

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'daw' IN THE BOX BELOW

REFILLS ☐ None Refills

PHARMACIST TEST AREA

Dispense As Written

[redacted] 64

---

**OFFICIAL NEW YORK STATE PRESCRIPTION**

FAX [illegible]

[illegible] MD — [illegible] PA

LIC [illegible] — LIC [illegible]

NPI [illegible] — NPI [illegible]

3049 OCEAN PARKWAY 2ND FLOOR BROOKLYN, NY 11235 (718) 764-99[illegible]

3980 FLATLANDS AVE, BROOKLYN, NY 11234 (718) 258-8128

PRACTITIONER DEA NUMBER

Patient Name [redacted] Date 3/20/20

Address

City State Zip Age Sex M F

Rx

Baclofen 20mg

1 tablet po tid or qd prn

30/30 or 60

LEP Preferred Language

Prevent medication errors! Please see back of prescription.

Prescriber Signature X

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'daw' IN THE BOX BELOW

REFILLS ☐ None Refills

PHARMACIST TEST AREA

Dispense As Written

[redacted] 65

[redacted]

**OFFICIAL NEW YORK STATE PRESCRIPTION**

FAX (347) 702-5419

☐ YURA STOLY, MD
LIC. 275762
NPI: 1104146375

☐ ANDRIY MARKEVYCH PA
LIC. 015488
NPI: 1003156027

3049 OCEAN PARKWAY 2ND FLOOR BROOKLYN, NY 11235 (718) 704-9909
3968 FLATLANDS AVE BROOKLYN, NY 11234 (718) 258-8128

PRACTITIONER DEA NUMBER

Patient Name ▮  Date 4-28-20

Address
City _____ State _____ Zip _____ Age _____ Sex ☒ M ☐ F

℞

Baclofen 20mg
1 tablet po bid to tid prn
Qty 90

LEP Preferred Language
Prevent medication errors. Please see back of prescription.

Prescriber Signature

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'daw' IN THE BOX BELOW

REFILLS ☐ None
         Refills:

PHARMACIST
TEST AREA                    Dispense As Written

60



**OFFICIAL NEW YORK STATE PRESCRIPTION**

FAX (347) 702-5419

SAKURA STOLY, MD
LIC: 275763
NPI: 1041163375

ANDRIY MARKEVYCH, PA
LIC: 015488
NPI: 1003156027

3049 OCEAN PARKWAY 2ND FLOOR BROOKLYN, NY 11235 (718) 704-9909
3960 FLATLANDS AVE. BROOKLYN, NY 11234 (718) 258-8128

Date 4/28/20

Sex: M

Rx

Celebrex 200 mg
1 capsule po bid prn wf
Qty 60

**OFFICIAL NEW YORK STATE PRESCRIPTION**

FAX (347) 702-5419

YURA STOLY, MD
LIC. 275762
NPI: 1104146375

ANDRIY MARKEVYCH PA
LIC. 015498
NPI: 1003156027

3049 OCEAN PARKWAY 2ND FLOOR BROOKLYN, NY 11235 (718) 704-9909
3960 FLATLANDS AVE. BROOKLYN, NY 11234 (718) 258-9128

PRACTITIONER DEA NUMBER

Patient Name: ▮  Date: 8/7/20
Address:
City: ___ State: ___ Zip: ___ Age: ___ Sex: M/F

℞

diclofenac 1.5 %
solution 150 ml
app 40 drops qid

LEP  Preferred Language
Prevent medication errors. Please use back of prescription

Prescriber Signature: X _____

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES "daw" IN THE BOX BELOW

REFILLS: ☐ None
         Refills: ___

PHARMACIST TEST AREA        Dispense As Written

64

**OFFICIAL NEW YORK STATE PRESCRIPTION**

**METRO PAIN SPECIALISTS**
SURESH K PAULUS, DO
LIC: 211589
NPI: 1649376740

386 JEROME AVENUE 2ND FLOOR BRONX, NY 10468 (347) 862-4200

PRACTITIONER DEA NUMBER

tient Name ███████████████  e 2-20-2020
ldress
y ____ State ____ Zip ____ Age ____ Sex M/F

LIDOTHOL 4.5% & 5%
#45
Ap 1 patch qd to bid aa

Preferred Language
event medication errors. Please see back of prescription.

Prescriber Signature X _____

MAXIMUM DAILY DOSE
(controlled substances only)

THIS PRESCRIPTION WILL BE FILLED GENERICALLY UNLESS PRESCRIBER WRITES 'daw' IN THE BOX BELOW

REFILLS: ☐ None
Refills: 0

████████ 45

PHARMACIST TEST AREA:

Dispense As Written