UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE COMPANY, et al.,

         Plaintiffs,

- against -

READY RX LLC, et al.,

         Defendants.
-------------------------------------------------------------------X

Case No.
21-cv-04765(DG)(RER)

**STIPULATION FOR DISCOVERY**

  **IT IS HEREBY STIPULATED AND AGREED** by and between attorneys for Plaintiffs herein and Defendants Ready Rx, LLC, Igor Aronov, and Albert Pinkhasov ("GTPC Defendants") that:

1. Plaintiffs' Motion to Compel, filed at ECF No. 18, be held in abeyance until February 21, 2022;
2. GTPC Defendants' Time to provide responses and produce documents in response to Plaintiffs' demands be extended to February 21, 2022;
3. Should the GTPC Defendants' fail to serve responses to Plaintiffs' demands and responsive documents on or before February 21, 2022, Plaintiffs' Motion to Compel, filed at ECF No. 18, shall be considered filed without opposition from GTPC Defendants.

  Thank you for the Court's attention to this matter.


Dated: Brooklyn, New York
   January 31, 2022

By: ___/s/ *Nicholas Bowers*___
Nicholas Bowers, Esq.
Gary Tsirelman P.C.
*Attorneys for Defendants*
*Named Herein*
129 Livingston, 2nd Floor
Brooklyn NY 11201

/s/_____
By:  Ryan Goldber, Esq.
RivkinRadler
*Attorneys for Plaintiffs*
926 RXR Plaza
Uniondale, NY 11556

Case 1:21-cv-04765-DG-RER   Document 19   Filed 01/31/22   Page 2 of 2 PageID #: 196

2