

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**RYAN GOLDBERG**
PARTNER
(516) 357-3525
ryan.goldberg@rivkin.com

March 1, 2022

**By ECF**

Magistrate Judge Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re:  *Government Employees Insurance Company, et al v. Ready Rx, LLC. et al*
         Docket No. 1:21-cv-04765(DG)(RER)
         RR File No.:  005100-03214

Dear Magistrate Judge Reyes:

This firm represents Plaintiffs (collectively, "GEICO") in the above-referenced matter. We submit this joint status report on behalf of Plaintiffs and Defendants Ready Rx, LLC., Igor Aronov, and Albert Pinkhasov (collectively, "Defendants") pursuant to Your Honor's February 28, 2022 Order.

Pursuant to the So-Ordered Stipulation (January 31, 2022 Docket Entry), Defendants served their initial responses to GEICOs interrogatories and document requests on February 21, 2022. Plaintiffs are reviewing the responses and will meet and confer with Defendants regarding certain deficiencies in the responses. Therefore, Plaintiffs' respectfully request that their motion to compel (Docket No. 18), be withdrawn without prejudice.

We appreciate the Court's attention to this matter.

                              Very truly yours,

                              RIVKIN RADLER LLP

                              /S/

                              Ryan Goldberg

cc:  All counsels via ECF

9 Thurlow Terrace
Albany, NY 12203-1005
T 518.462.3000 F 518.462.4199

21 Main Street, Court Plaza South
West Wing, Suite 158
Hackensack, NJ 07601-7021
T 201.287.2460 F 201.489.0495

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555 F 212.687.9044

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100 F 845.473.8777

5719902.v2