# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, GEICO INDEMNITY COMPANY, GEICO GENERAL INSURANCE COMPANY, and GEICO CASUALTY COMPANY<br><br>Plaintiffs,<br><br>vs.<br><br>READY RX LLC, ALBERT PINKHASOV, AND IGOR ARONOV,<br><br>Defendants. | CIVIL ACTION No: 1:21-cv-4765-DG-RER<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance in the above-captioned action as counsel on behalf of Defendants Ready Rx LLC, Albert Pinkhasov, and Igor Aronov and requests that copies of all papers in this action be served upon him.

**BRACH EICHLER LLC**
*Attorneys for Defendants*

BY:   */s/ Eric Alvarez*
ERIC ALVAREZ, Esq.
BRACH EICHLER L.L.C.
101 Eisenhower Parkway
Roseland, New Jersey 07068
Phone: 973-228-5700
ealvarez@bracheichler.com

Dated:   March 15, 2023